NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.,
*Plaintiffs-Appellees,*

v.

ALTAIR EYEWEAR, INC.,
*Defendant-Appellant.*

2012-1137

Appeal from the United States District Court for the District of Massachusetts in case no. 10-CV-12202, Judge William G. Young.

ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.,
*Plaintiffs-Appellants,*

v.

ALTAIR EYEWEAR, INC.,
*Defendant-Appellee.*

2012-1102

Appeal from the United States District Court for the District of Massachusetts in case no. 10-CV-12202, Judge William G. Young.

---

## ON MOTION

---

## O R D E R

Altair Eyewear, Inc. moves without opposition to dismiss cross appeal no. 2012-1137.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1137 is granted. The revised official caption in 2012-1102 is reflected above.

(2) Each side shall bear its own costs in 2012-1137.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Nicodema, Esq.
Tracy Zurzolo Quinn, Esq.

s21

Issued As A Mandate (as to 2012-1137 only): APR 1 8 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK